NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


REPUBLIC-VANGUARD INSURANCE      )
COMPANY,                         )
                                 )
          Petitioner,            )
                                 )
v.                               )          Case No. 2D17-4292
                                 )
THE TAUBMAN COMPANY, LLC         )
And SHERRILL CONAGE,             )
                                 )
          Respondents.           )
_____)

Opinion filed April 4, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Cheryl K.
Thomas, Judge.

Sarah M. Baggett and Nicole Fluet of
Galloway, Johnson, Tompkins, Burr &
Smith, Tampa, for Petitioner.

Debra M. Metzler and James A. Murman of
Barr, Murman & Tonelli, P.A., Tampa, for
Respondent The Taubman Company, LLC.

Dereck G. Capaz of Capaz Law Firm, P.A.,
Tampa, for Respondent Sherrill Conage.



PER CURIAM.


          Dismissed.

NORTHCUTT, KHOUZAM, and SALARIO, JJ., Concur.